UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-198 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| HARDEEP SINGH BRAR, | ) | |
| Defendant. | ) | |

Offense charged:    Conspiracy to Distribute Cocaine; Possession with Intent to Distribute
Cocaine

Date of Detention Hearing:    April 27, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has been charged with a drug offense the maximum penalty of which

01 is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both

02 dangerousness and flight risk, under 18 U.S.C. §3142(e).

03     2. Defendant is a native and citizen of India. He was not interviewed by Pretrial

04 Services. Therefore, most of his background information is unknown. The defendant does not

05 contest detention.

06     3. Defendant poses a risk of nonappearance due to Indian citizenship, and unknown

07 background information. Defendant poses a risk of danger due to the nature of the offense.

08     4. Taken as a whole, the record does not effectively rebut the presumption that no

09 condition or combination of conditions will reasonably assure the appearance of the defendant

10 as required and the safety of the community.

11 It is therefore ORDERED:

12     (1) Defendant shall be detained pending trial and committed to the custody of the

13     Attorney General for confinement in a correction facility separate, to the extent

14     practicable, from persons awaiting or serving sentences or being held in custody

15     pending appeal;

16     (2) Defendant shall be afforded reasonable opportunity for private consultation with

17     counsel;

18     (3) On order of a court of the United States or on request of an attorney for the

19     Government, the person in charge of the corrections facility in which defendant

20     is confined shall deliver the defendant to a United States Marshal for the purpose

21     of an appearance in connection with a court proceeding; and

22     (4) The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 27th day of April, 2009.

Mary Alice Theiler
United States Magistrate Judge